# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
|         Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 25-1339-MN ) |
| NOVO NORDISK A/S, NN US INVEST, INC., and NOVO NORDISK US RESEARCH INVESTMENT HOLDINGS, INC., | ) ) ) ) ) |
|         Defendants. | ) ) ) ) ) ) ) |

## THIRD AMENDED STIPULATION AND SCHEDULING ORDER FOR AMENDED COMPLAINT, COUNTERCLAIMS, AND RESPONSES THERETO

WHEREAS, on or about November 3, 2025, Pfizer Inc. ("Plaintiff") filed a complaint (the "Complaint") in the above-captioned action (the "Action") against defendants Novo Nordisk A/S, NN US Invest, Inc., Novo Nordisk US Research Investment Holdings, Inc. (collectively, "Novo Nordisk") and Metsera, Inc., Arch Venture Fund XII, L.P., Arch Venture Fund XIII, L.P., Validae Health, L.P., and Population Health Partners GP, LLC (collectively, the "Metsera Defendants");

WHEREAS, in light of subsequent developments and information since the filing of the Complaint, Plaintiff indicated that it is considering amendments to its claims against Novo Nordisk, as well as whether to proceed with the Action;

WHEREAS, on November 24, 2025, the Court entered an order to which the parties had stipulated, dismissing the Metsera Defendants from the Action and setting forth a schedule for the filing of an amended complaint and any response thereto (D.I. 22);

WHEREAS, on January 21, 2026, the Court entered an Amended Stipulation and Scheduling Order for Amended Complaint, Counterclaims, and Responses Thereto (D.I. 24);

WHEREAS, on February 2, 2026, the Court entered a Second Amended Stipulation and Scheduling Order for Amended Complaint, Counterclaims, and Responses Thereto (D.I. 26);

WHEREAS, the parties have conferred and agreed to a seven (7) day extension of the deadlines set forth in the February 2, 2026 stipulated order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that, subject to Court approval:

1. Novo Nordisk shall not be required to answer, move, or otherwise respond to the Complaint or any other related complaint in this action, subject to Paragraphs 2 and 3 below.

2. No later than February 23, 2026, Plaintiff shall file an amended complaint should it wish to continue this Action. Should Plaintiff not file an amended complaint by February 23, 2026, absent further agreement of the parties or leave of Court for good cause, it shall immediately dismiss the Action, without costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3. Novo Nordisk shall answer, move, or otherwise respond to the amended complaint, to the extent one is filed, no later than sixty (60) days from the filing thereof.

4. If Novo Nordisk moves to dismiss the amended complaint (or files any other motion), then Plaintiff shall file its opposition to that motion no later than sixty (60) days after service and Novo Nordisk may file a reply in further support of their motion no later than thirty (30) days after receiving Plaintiff's opposition to their motion. Discovery shall be stayed pending the Court's ruling on any such motion to dismiss.

5. Novo Nordisk shall file any counterclaims against Plaintiff pursuant to the Rules of the Federal Rules of Civil Procedure.

3

6. Plaintiff shall answer, move, or otherwise respond to the counterclaims, to the extent filed, no later than sixty (60) days from the filing thereof.

7. If Plaintiff moves to dismiss the counterclaims, then Novo Nordisk shall file its opposition to that motion no later than sixty (60) days after service and Plaintiff may file a reply in further support of its motion no later than thirty (30) days after receiving Novo Nordisk's opposition to its motion.

| | |
|---|---|
| **POTTER ANDERSON & CORROON LLP** | **ROSS ARONSTAM & MORITZ LLP** |

*/s/ Callan R. Jackson*                          */s/ S. Michael Sirkin*
Kevin R. Shannon (#3137)                David E. Ross (#5228)
David E. Moore (#3983)                    S. Michael Sirkin (#5389)
Berton W. Ashman, Jr. (#4681)        Hercules Building
Callan R. Jackson (#6292)                1313 North Market Street, Suite 1001
Tyler C. Cragg (#6398)                     Wilmington, Delaware 19801
Hercules Plaza, 6th Floor                 (302) 576-1600
1313 N. Market Street                       dross@ramllp.com
Wilmington, Delaware 19801          msirkin@ramllp.com
(302) 984-6000
kshannon@potteranderson.com      **LATHAM & WATKINS LLP**
dmoore@potteranderson.com
bashman@potteranderson.com       Elizabeth B. Prewitt
mgolden@potteranderson.com       1271 Avenue of the Americas
cjackson@potteranderson.com       New York, New York 10020
tcragg@potteranderson.com            (212) 906-1200

**WACHTELL, LIPTON, ROSEN & KATZ**   Amanda P. Reeves
                                                                      555 Eleventh Street, NW, Suite 1000
Jonathan M. Moses                           Washington, D.C. 20004
Carrie M. Reilly                                 (202) 637-2200
Ryan A. McLeod (#5038)
Adam L. Goodman                           *Attorneys for Defendants Novo Nordisk A/S,*
51 West 52nd Street                          *NN US Invest, Inc., and Novo Nordisk US*
New York, New York 10019           *Research Investments Holdings, Inc.*
(212) 403-1000

*Attorneys for Plaintiff Pfizer Inc.*

SO ORDERED this 17th day of February 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

4