# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 25-1339-MN ) ) |
| NOVO NORDISK A/S, NN US INVEST, INC., and NOVO NORDISK US RESEARCH INVESTMENT HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| **POTTER ANDERSON & CORROON LLP** | **ROSS ARONSTAM & MORITZ LLP** |
|---|---|

*/s/ Callan R. Jackson*  
Kevin R. Shannon (#3137)  
David E. Moore (#3983)  
Berton W. Ashman, Jr. (#4681)  
Callan R. Jackson (#6292)  
Tyler C. Cragg (#6398)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, Delaware 19801  
(302) 984-6000  
kshannon@potteranderson.com  
dmoore@potteranderson.com  
bashman@potteranderson.com  
mgolden@potteranderson.com  
cjackson@potteranderson.com  
tcragg@potteranderson.com  

**WACHTELL, LIPTON, ROSEN & KATZ**

Jonathan M. Moses  
Carrie M. Reilly  
Ryan A. McLeod (#5038)  
Adam L. Goodman  
51 West 52nd Street  
New York, New York 10019  
(212) 403-1000  

*Attorneys for Plaintiff Pfizer Inc.*

*/s/ S. Michael Sirkin*  
David E. Ross (#5228)  
S. Michael Sirkin (#5389)  
Hercules Building  
1313 North Market Street, Suite 1001  
Wilmington, Delaware 19801  
(302) 576-1600  
dross@ramllp.com  
msirkin@ramllp.com  

**LATHAM & WATKINS LLP**

Elizabeth B. Prewitt  
1271 Avenue of the Americas  
New York, New York 10020  
(212) 906-1200  

Amanda P. Reeves  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004  
(202) 637-2200  

*Attorneys for Defendants Novo Nordisk A/S, NN US Invest, Inc., and Novo Nordisk US Research Investments Holdings, Inc.*

SO ORDERED this _____ day of February, 2026.

_____  
HONORABLE MARYELLEN NOREIKA  
UNITED STATES DISTRICT JUDGE

2