# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 25-1339-MN ) ) |
| NOVO NORDISK A/S, NN US INVEST, INC., and NOVO NORDISK US RESEARCH INVESTMENT HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| **POTTER ANDERSON & CORROON LLP** | **ROSS ARONSTAM & MORITZ LLP** |
|---|---|
| */s/ Callan R. Jackson* | */s/ S. Michael Sirkin* |
| Kevin R. Shannon (#3137) | David E. Ross (#5228) |
| David E. Moore (#3983) | S. Michael Sirkin (#5389) |
| Berton W. Ashman, Jr. (#4681) | Hercules Building |
| Callan R. Jackson (#6292) | 1313 North Market Street, Suite 1001 |
| Tyler C. Cragg (#6398) | Wilmington, Delaware 19801 |
| Hercules Plaza, 6th Floor | (302) 576-1600 |
| 1313 N. Market Street | dross@ramllp.com |
| Wilmington, Delaware 19801 | msirkin@ramllp.com |
| (302) 984-6000 | |
| kshannon@potteranderson.com | **LATHAM & WATKINS LLP** |
| dmoore@potteranderson.com | Elizabeth B. Prewitt |
| bashman@potteranderson.com | 1271 Avenue of the Americas |
| mgolden@potteranderson.com | New York, New York 10020 |
| cjackson@potteranderson.com | (212) 906-1200 |
| tcragg@potteranderson.com | |

**WACHTELL, LIPTON, ROSEN & KATZ**

Jonathan M. Moses
Carrie M. Reilly
Ryan A. McLeod (#5038)
Adam L. Goodman
51 West 52nd Street
New York, New York 10019
(212) 403-1000

Amanda P. Reeves
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

*Attorneys for Defendants Novo Nordisk A/S, NN US Invest, Inc., and Novo Nordisk US Research Investments Holdings, Inc.*

*Attorneys for Plaintiff Pfizer Inc.*

SO ORDERED this 24th day of February 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

2